THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**CHRISTINE COLALILLO**
*Assistant Corporation Counsel*
Phone: (212) 356-2599
Fax: (212) 356-3509
ccolalil@law.nyc.gov

May 11, 2026

**By ECF**
Honorable LaShann DeArcy Hall
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn New York, 11201

Re: Demetrius Hill v.Stefano Crociata, et al
24 Civ. 03266 (LDH) (LKE)

Your Honor:

I am the Assistant Corporation Counsel, in the Office of Corporation Counsel Steven Banks, and the attorney assigned to defend Stefano Crociata, Michael Nicosia, Alan Acevedo, Nico Delorio, John Vampas, and Richard Wittneben. Defendants write pursuant to the Court's Order to provide a status report. See Order from Hon. LaShann DeArcy Hall dated May 8, 2026,

On October 6, 2025, Defendants served their Motion to Dismiss on Plaintiff by mail and a courtesy copy via e-mail. Pursuant to Your Honor's Order, Defendants did not file their motion papers at that time. See Order from Hon. LaShann DeArcy Hall, dated September 8, 2025. On October 17, 2025, Plaintiff served and filed his opposition to the motion. Defendants did not intend to reply to the Opposition but inadvertently did not file their papers, as instructed by the Court.

The undersigned sincerely apologizes for this oversight and for any inconvenience to the Court. Upon receiving the Court's Order on May 8th, Defendants immediately filed the fully briefed motion on ECF that day. Defendants respectfully requests that the Court permit the late filing so that the motion can be the decided on the merits.

Thank you for your time and consideration.

Respectfully submitted,

Christine Colalillo /s/

Christine Colalillo
*Assistant Corporation Counsel*
Special Federal Litigation

cc: Demetrius Hill (AKA "King Demetrius') (By Regular Mail)
Plaintiff *Pro Se*
P.O. Box 220002
Rosedale, New York 11422